UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAYE CORY, | CASE NO. 2:24-cv-01423-LK |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| FIRST NATIONAL INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

Pursuant to the parties' stipulated motion to dismiss this case, Dkt. No. 12, all claims in this action are dismissed with prejudice and without an award of costs or fees to either party. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated this 31st day of March, 2025.

*Lauren King*
_____
Lauren King
United States District Judge

ORDER OF DISMISSAL - 1